CUMBERLAND COUNTY WELFARE BOARD, PLAINTIFF-APPELLANT, v. CHARLES ROBERTS AND MARY ROBERTS, WIFE, ERNEST FLEMING, JR. AND SANDRA FLEMING, HIS WIFE; LUISA CHINI, A WIDOW; AND VINELAND SAVINGS AND LOAN ASSOCIATION, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted March 21, 1977—Decided April 1, 1977.

Before Judges FRITZ, ARD and PRESSLER.

*Mr. Robert E. Bailey,* attorney for the appellant.

*Messrs. Milstead & Ridgway,* attorneys for respondent, Vineland Savings and Loan Association, (*Mr. Richard M. Milstead* on the brief).

PER CURIAM. The judgment of the Cumberland County Court is affirmed substantially for the reasons set forth in the opinion of Judge Miller, 139 *N. J. Super.* 126 (Cty. Ct. 1976).